# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CASEY JAMAR LEWIS**
**ADC #167904**                                                         **PLAINTIFF**

v.                              No. 1:18-cv-22-DPM-BD

**STEPHEN WILLIAMS, Warden, North
Central Unit, ADC; CHRIS JOHNSON,
Deputy Warden, North Central Unit, ADC;
MARTY W. HEARYMAN, Doctor, Correction
Care Service; SHARON RHODER, APN,
Correction Care Service; HULL, The Hull
Clinic; R. GILLIHAN, Building Captain,
North Central Unit, ADC; ARKANSAS
DEPARTMENT OF CORRECTION; and
KEITH DAY, Major, North Central Unit, ADC**          **DEFENDANTS**

## ORDER

Unopposed partial recommendation, № 8, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Lewis's claims against the Arkansas Department of Correction are dismissed with prejudice. His claims against Johnson, Hearyman, Rhoder, Hull, and Day are dismissed without prejudice.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 May 2018