# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CASEY JAMAR LEWIS**
**ADC #167904**                                                      PLAINTIFF

v.                          No. 1:18-cv-22-DPM

**STEPHEN WILLIAMS, Warden, North**
**Central Unit, ADC; and R. GILLIHAN,**
**Building Captain, North Central Unit, ADC**          DEFENDANTS

## ORDER

Unopposed recommendation, № 20, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Lewis's remaining claims will be dismissed without prejudice.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 August 2018