# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CASEY JAMAR LEWIS
ADC #167904                                                          PLAINTIFF

v.                          No. 1:18-cv-22-DPM-BD

STEPHEN WILLIAMS, Warden, North
Central Unit, ADC; CHRIS JOHNSON,
Deputy Warden, North Central Unit, ADC;
MARTY W. HEARYMAN, Doctor, Correction
Care Service; SHARON RHODER, APN,
Correction Care Service; HULL, The Hull
Clinic; R. GILLIHAN, Building Captain,
North Central Unit, ADC; ARKANSAS
DEPARTMENT OF CORRECTION; and
KEITH DAY, Major, North Central Unit, ADC          DEFENDANTS

## JUDGMENT

Lewis's claims against the Arkansas Department of Correction are dismissed with prejudice. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 August 2018